**Opinion issued December 31, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00784-CV

————————————

**GEOVANNY TORRES, Appellant**

**V.**

**UNIVERSE WHEELS & TIRES 2, LLC AND JAVIER GUILLEN, Appellees**

---

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-56048**

---

## MEMORANDUM OPINION

Appellant Geovanny Torres filed his notice of appeal on September 24, 2025. Appellant did not pay his appellate filing fee or establish indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.208, 51.851(b), 51.941(a); Order, Fees Charged in the Supreme Court, in Civil

Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in courts of appeals). The Clerk of this Court notified Appellant that unless he paid the appellate filing fee by November 17, 2025, his appeal could be dismissed. *See* TEX. R. APP. P. 42.3(b). To date, Appellant has not responded to the Clerk's notice, nor paid the appellate filing fee or established indigence for purposes of appellate costs.

We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b)–(c), 43.2(f). We deny any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.